UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - FLINT

| | |
|---|---|
| In the Matter of | File No. 07-32440 |
| LUSK, LARRY WAYNE,<br>LUSK, BETTY LOUISE, | Chapter 7 |
| | JUDGE DANIEL S. OPPERMAN |
| Debtor(s)._____/ | |

**NOTICE OF UNCLAIMED DIVIDENDS**

TO THE CLERK OF THE COURT:

Unclaimed dividends are being turned over to the U.S. Bankruptcy Court in the amount of $16.63 for Claim # 000018 – B-REAL, LLC.

The last known address of the claimant used to forward the above mentioned funds was:
    MS550
    P.O. BOX 91121
    SEATTLE, WA 98111-9221

Dated: July 28, 2010

    /s/ Michael A. Mason
    Michael A. Mason
    516 W. Court Street
    Flint, MI 48503
    Telephone: (810) 234-9201
    Email: mamtrustee@sbcglobal.net

Prepared by:
Michael A. Mason
516 W. Court Street
Flint MI 48503
Telephone: (810) 234-9201
Email: mamtrustee@sbcglobal.net
(P17185)